555 A.2d 1209

**Ralph R. RIEHL, Jr., Appellant**

v.

**The TRAVELERS INSURANCE COMPANY, Reliance Insurance Company, Donegal Mutual Insurance Company, the Monarch Insurance Company of Ohio, U.S. Fire Insurance Company, Robert Shreve, an individual t/d/b/a Shreve–Rinehart and Shreve–Rinehart, Inc., The Continental Insurance Companies, Safety Mutual Casualty Corporation, RLI Insurance Company, Firemen's Insurance Company of Newark, New Jersey and Joseph A. Oros, Pauline M. Oros, George H. McAninch, Esther M. McAninch, Edward S. Zielinski, Jean D. Zielinski, Robert L. Rendulic, Tracy E. Rendulic, the Pennsylvania Department of Environmental Resources and the United States Environmental Protection Agency.**

Supreme Court of Pennsylvania.

Argued March 9, 1989.

Filed March 21, 1989.

Ralph R. Riehl, III, Riehl & Bozza, Erie, for appellant.

Warren L. Siegfried, Wayman, Irvin & McAuley, Pittsburgh, for Reliance Ins. Co.

Keith Pemrick, George Zaiser, Dale, Woodard, Montgomery, Greenfield & Pemrick, Franklin, for Robert Shreve, etc., et al.

Nancy M. Sennett, E. Max Weiss, Culbertson, Weiss, Schetroma and Schug, Meadville, for U.S. Fire Ins. Co. and North River Ins. Co.

Dawn A. Segal, Mark Bernstein, Fineman & Bach, P.C., Philadelphia, for Monarch Ins. Co.

John C. Sullivan, Manta and Welge, Philadelphia, for Safety Mut. Cas. Corp.

Bruce E. Barrett, Slimm, Dash and Goldberg, Westmont, N.J., Cary W. Valyo, Cauley and Conflenti, Pittsburgh, for RLI Ins. Co.

Thomas Halloran, Sr. Deputy Atty. Gen., Pittsburgh.

Maureen Barden, U.S. Dept. of Justice, Philadelphia, for U.S. E.P.A.

Lawrence E. Blatnik, U.S. Dept. of Justice, Washington, D.C., for Environmental Defense Section—Land and Natural Resources Div.

William K. Herrington, Seth A. Ribner, pro hac vice, New York City, for The Travelers Ins. Co.

Jan L. Swensen, Nelson Gaugler, Swensen & Perer, John W. McCandless, Pittsburgh, for Donegal Mut. Ins. Co.

James W. Harvey, James F. Israel, Israel and Wood, P.C., Pittsburgh, for Continental Ins. Companies and Firemen's Ins. Co., etx.

Susan M. Sund, Timothy D. McNair, George M. Schroeck, Schroeck & Segel, P.C., Erie, for the individuals.

Ward Kelsey, Asst. Counsel Dept. of Environmental Resources, Pittsburgh.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

Order affirmed.